OFFICE OF THE CLERK
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

RE: Jonivas Ortiz v. Williams et al    Civ. No. 06-260-SLR

Greetings:

Please find enclosed the AEDPA election form and accompanying petition for writ of Habeus Corpus (pursuant to §2254).
Please withdraw the petition filed 4/26/06 (without prejudice) and file this all-inclusive petition in its place.
Thank you in advance for your assistance.

5/15/06

Respectfully submitted,

Jon Coty - #305401
Jonivas Ortiz
HRYCI
1301 E. 12th St.
Wilmington, DE 19809


FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE