IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNAS ORTIZ, )<br>  )<br>    Petitioner, )<br>  )<br>v. )<br>  )<br>RAPHAEL WILLIAMS, )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State of )<br>Delaware, )<br>  )<br>    Respondents. ) | Civil Action No. 06-260-SLR |



**AEDPA ELECTION FORM**

1. _____   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. \_\_X\_\_\_   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

                that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

                                                      [signature]   5/15/06
                              Petitioner