United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-260 SLR

*FILED 2006 JUN 13 PM 3:00 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE* (Re-scanned)

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

06-260-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _DIAC_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Warden Raphael Williams<br>HRYCF<br>1301 East 12th Street<br>Wilmington, DE 19809 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 7494 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540