United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. _06 - 260 SLR_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

2006 JUN 15 PH 2: 47

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-260-8

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Ax7C_  ☐ Agent  ☒ Addressee |
| | B. Received by (Printed Name) _Loren Meyers_   C. Date of Delivery _6/12/06_ |
| 1. Article Addressed to:  LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE 820 N. FRENCH STREET WILMINGTON, DE  19801 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1820 0004 3169 7487 | |
| PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540 | |