IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-260-SLR |
| | : | |
| **RAPHAEL WILLIAMS**, Warden, | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID No. 0308001824 have been manually filed with the Court and are available in paper form only:

    a. Criminal Docket

    b. Sentence Order (Oct. 1, 2003)

    c. Violation of Probation Sentence Order (Nov. 22, 2003)

    d. Corrected Violation of Probation Sentence Order (July 16, 2004)

    e. Violation of Probation Sentence Order (Sept. 13, 2004)

    f. Violation of Probation Sentence Order (June 12, 2006).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

July 27, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 27, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on July 27, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Johnas Ortiz
    410 New Street
    Middletown, DE 19709

                                      /s/ Elizabeth R. McFarlan
                                      Deputy Attorney General
                                      Department of Justice
                                      820 N. French Street
                                      Wilmington, DE 19801
                                      (302) 577-8500
                                      Del. Bar. ID No. 3759
                                      elizabeth.mcfarlan@state.de.us