06cv260 SLR

**FILED**

AUG 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET          ☒ OTHER
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

**RTS** — RETURN TO SENDER

COMPLETED AUG 07 2006

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
___ INMATE UNKNOWN   ___ NO INMATE BY THIS SPELLING
___ INMATE RELEASED  ___ ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE REFUSED

Johnas Ortiz
SBI# 305401
HRYCI
1301 East 12th Street
Wilmington, DE 19809

**Other Orders/Judgments**
1:06-cv-00260-SLR Ortiz v. Williams et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 8/2/2006 at 4:56 PM EDT and filed on 8/2/2006
**Case Name:**      Ortiz v. Williams et al
**Case Number:**    1:06-cv-260
**Filer:**
**Document Number:**

**Docket Text:**
SO ORDERED, re [14] First MOTION for Extension of Time to File *Delaware Supreme Court Records* filed by Attorney General of the State of Delaware,, Raphael Williams, Deadline extended until 9/1/06. Signed by Judge Sue L. Robinson on 8/1/06. (rld, )

The following document(s) are associated with this transaction:

**1:06-cv-260 Notice will be electronically mailed to:**

Elizabeth Roberts McFarlan    elizabeth.mcfarlan@state.de.us,

**1:06-cv-260 Notice will be delivered by other means to:**

Johnas Ortiz
SBI# 305401
HRYCF
1301 East 12th Street
Wilmington, DE 19809