IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-260-SLR |
| | : | |
| **RAPHAEL WILLIAMS**, Warden, | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF SUPPLEMENTAL FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Order (June 13, 2003) (No. 611, 2002)

   b. Appellant's Opening Brief & Appendix (No. 420, 2004)

   c. State's Answering Brief & Appendix (No. 420, 2004)

   d. Order (July 11, 2005) (No. 420, 2004)

   e. Order (January 11, 2006).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

August 28, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on August 28, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Johnas Ortiz
    410 New Street
    Middletown, DE 19709

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us