Clerk of Court
U.S. District Court
844 King St.
Wilmington, DE 19801

RE: Ortiz v. Lunt, et al  #06-206-SLR, and,
    Ortiz v. Williams   #06-260-SLR.

Greetings:

Scanned- BD 9/13/06

FILED
SEP 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please take notice that I, Johnas Ortiz #305401, am currently incarcerated at HRYCI (Gander Hill), 1301 East 12th Street, Wilmington, DE 19809. Any responses filed by the defendants in the above captioned cases should be sent to HRYCI, as well as brief schedules or decisions/orders of this Court.

Plaintiff, Ortiz, asserts that he has been incarcerated since August 24, 2006 and does not have access to any previously filed briefs by either party (plaintiff - defendant(s)) nor any court orders/dockets.

Plaintiff, Ortiz, also asserts that any materials regarding the above-captioned matters which were sent to Plaintiff's home address at 410 New Street, Middletown, DE 19709 are inaccessible due to the mail policy at HRYCI - which requires that all legal mail be sent from the Court or attorney's office. Due to this policy, plaintiff, Ortiz's legal materials - which are necessary to prepare his brief(s) were sent back to his home as "prohibited mail" (because the materials were sent from his home - and not from the court or an attorney's office). This occurred on September 8, 2006.

Plaintiff, Ortiz, therefore, requests that the honorable Court issue an order requiring HRYCI officials to allow legal materials necessary for the above-captioned cases to be mailed from his residence. Since he is acting "pro-se"; and, the court does not possess any of the materials, or copies thereof (such as exhibits, etc.) which plaintiff wishes to submit in the future.

(OVER)

Since plaintiff in this case is "pro-se" it is impossible to have the necessary legal materials sent into the institution. Therefore, the HRYCI mail policy requiring legal materials be sent from a court or attorney's office severely prejudices the plaintiff for not having an attorney, and, will cause unnecessary delay in the filing of papers as well as the threat of dismissal for untimeliness and ill-preparation. (SEE ATTACHED - PROHIBITED MAIL NOTICE)

Plaintiff, Ortiz, respectfully prays that the Court honor his request, ordering HRYCI officials to allow his necessary legal materials to be sent from his residence, including brief(s) filed by Department of Justice, as well as all other defendants.

Plaintiff also respectfully prays that the Court forward him a recent court docket for Civil Action Nos. 06-206-SLR and 06-260-SLR; and allow him a 30-day extension of time (if necessary) upon receiving the most recent court dockets, court orders and schedule(s) for briefing/responses.

9-11-06

Respectfully submitted,

Johnas Ortiz  #305401

HRYCI
1301 E. 12th St.
Wilmington, DE 19809

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9561
WILMINGTON, DE 19809

FROM: Ortiz
410 New Street
Middletown, DE 19709

INMATE: Johnas J. Ortiz
SBI: #305401
HOUSING UNIT: 2A-4

## PROHIBITED MAIL NOTICE

THIS MAIL IS BEING RETURNED FOR ONE OR MORE OF THE FOLLOWING REASONS INDICATED BY A [ X ]:

| | | |
|---|---|---|
| [ ] Address labels/stickers | [ ] Blank Greeting Cards or Postcards | [ ] Cash or Personal Check |
| [ ] Lottery / Gambling / Contest / Sweepstakes | [ ] Food Items | [ ] Gel Pens / Metallic Ink / Paint |
| [ ] Excessive puzzles or coloring pages (limit 2) | [ ] Glue or Adhesives | [ ] Lipstick / Bodily Fluids |
| [ ] Inmate to Inmate Mail / 3rd Party / Confiscated | [ ] Perfume / Cologne / Scented Items | [ ] Polaroid Pictures |
| [ ] Stickers / Glitter / Confetti / White Out | [ ] Tobacco or Tobacco Products | [ ] Postal Stamps |
| [ ] Stationary Items | [ ] Photo Copies | [ ] Inappropriate Poses |
| [ ] $___ Money Order Exceeds Max. Acct. Bal. Auth. | [ ] Graphic / Detailed Sexual Behavior | [ ] Violent Content |
| [ ] Exceeds 1000 Pages | [ ] Hardback / Leather or Vinyl Bound | [ ] Weapons |
| [ ] Intoxicants Displayed | [ ] Advocates Drugs | [ ] Advocates Violence |
| [ ] Promotes Racial Hatred | [ ] Glorifies Murder / Sex Crimes / Gangs | [ ] Exceeds 8.5 X 11 in Limits |
| [ ] Exceeds 4 X 6 in Photo Limits | [ ] Exceeds Photo Limit (25) | [ ] Construction Paper |
| [ ] Carbon Paper | [ ] Inappropriate Dress Attire | [ ] Sexual Explicit Material |
| [ ] Nude Photos | [ ] Semi Nude Photos including children | [ ] Displaying Excessive Cash |
| [ ] Food Stamps | [ ] Hand Gestures / Gang Signs / Symbols | [ ] Unknown Substance on Papers |
| [ ] Advocates Riots / Insurrection / Escape | [ ] Prior Approval Needed; None on File | [ ] Letter / Items Confiscated |
| [ ] Maps / Transportation Schedules | [ ] Survival Information | [ ] Not Conductive to Rehab |
| [ ] Altered / Scratched Out / Endorsed Money Order | [ ] Welfare or Social Security Cards / Checks | [ ] Internet Material / Lyrics |
| [X] OTHER === Specified Below | [ ] Obscene / Offending Jokes | [ ] Cut Up Photos |

Legal Papers must come from courts or Attorney

MAIL REQUIREMENTS:

Acceptable items for U.S. Mail delivery to inmate / detainees include; letters, money orders, cashier's checks, photographs, newspaper or magazine clippings pertaining to your case, legal documents forwarded by your attorney or licensed legal counsel, written documents for your signature (Power of Attorney). Only up to (5) books / magazines allowed in (30) day time span. All books / magazines must be shipped by publisher or reputable bookstore with shipping invoice.

No inmate may establish or conduct a business during his or her period of incarceration.

All incoming letters and parcel must include a return address, inmates committed name, SBI#, and correct institutional address. If any of these items are not met, letter or parcel will be stamped refused and returned immediately to U S P S to be handled according to U S P S regulation. It is your responsibility to inform sender of authorized and allowed items. The store of purchase and institution is not responsible for this.

All items considered contraband will result in the envelope / package and its entire contents being returned to senders return address or forwarded to be investigated for criminal violation.

Any unauthorized item (s) received via private carrier (UPS, FED EX, Airborne) MUST be removed from the facility within FIVE (5) days of notification. A pay-to MUST be submitted with sufficient funds available to send item out; otherwise items (s) will be DISPOSED of in accordance with policy.

Any unauthorized item (s) received via U.S. Postal Service will be marked refused and be immediately returned to sender.

One (1) watch per year. Must be completely hard plastic (band, case, plastic crystal), brand new with hour / second hands shipped with original store receipt valued less that $30.00, no hand receipts, no games, calculators, remotes, digital display, or devices. One (1) kufi per six (6) months, replacement on a one for one basis. One (1) prayer rug per year, replacement on a one for one basis.

Any item not listed above that is deemed unconductive to rehabilitation as per Warden or his / her designee is subject to being returned.

STAFF SIGNATURE: _____   DATE: 9/8/06

Xc: Warden    Sender    Mailcenter

ORTIZ, S 305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809

WILMINGTON DE 197
12 SEP 2006 PM 3 T

Clerk of Court
U.S. District Court
844 King St.
Wilmington, DE 19801