PETER T. DALLEO
CLERK of Court
U.S. District Court
844 N. KING ST.
Wilmington, DE 19801

RE: ORTIZ v. WILLIAMS et al    No. 06-260-SLR
(OBSTRUCTION of DEFENSE - Appellate Rights CLAIM) (REQUEST FOR RECORD)

Greetings:

I AM IN receipt of the Court Docket(s) FOR the ABOVE-CAPTIONED CASE, AS WELL
AS the RELATED CASE (06-206-SLR).

Upon reviewing the Docket for No. 06-260-SLR it HAS COME to my ATTENTION
that SEVERAL Documents WERE MAILED to my Home ADDRESS AT 410 New St., Middletown, DE - (D.I. 16)
Specifically the Supplemental State Court Records (D.I. Nos. 17, 18). At the time these
Documents were filed I was in custody of Dept. of Corrections, HRYCI, 1301 E. 12th St., Wilmington,
DE 19809 AND UNABLE to VIEW them BECAUSE of the change of ADDRESS.

I therefore request the Court to cause the Defendants in this Case to forward
A copy of D.I. Nos. 17, 18 to HRYCI AT the State's EXPENSE SINCE it is the
DEFENDANT (respondent), WARDEN Raphael Williams' policy WHICH prevented my Attempt to
obtain those Documents from my Home ADDRESS via U.S. MAIL - SEE "Letter to Clerk...
Regarding request for DOCS" (D.I. 19) (Published mail Notice - ATTACHED).

In any Case, the MAIL policy of HRYCI -requiring Legal material come from Courts or
AN Attorney-HAS HINDERED my attempts to obtain Documents Necessary to litigate this Case.
I therefore request that the respondents Forward Copies of D.I Nos. 12, 15, 17, and 18
to my ADDRESS at HRYCI-In the interest of Appellate Review Rights - at the State's expense.
I am unable to afford the copy fee ($.50/page) now have not received any of the State's responses.
Thank you in advance for your assistance.

                                                    $305401
                                                    HRYCI  9/22/06.

TIZ
New Street
ddletown, DE 19709

WILMINGTON DE 197

03 OCT 2006 PM 3 L

Peter T. Dialle
Clerk of Court
U. S. District Court
844 N. King Street
Wilmington, DE 19801

RECE'VE
M.S.