IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHNAS ORTIZ, )
                                            )
       Petitioner, )
                                            )
   v.                                     )   Civ. No. 06-260-SLR
                                            )
WARDEN RAPHAEL WILLIAMS and )
ATTORNEY GENERAL OF THE STATE )
OF DELAWARE, )
                                            )
      Respondents. )

### O R D E R

At Wilmington this 5th day of October, 2006, having considered petitioner's requests for documents (D.I. 19, 20, 21);

IT IS ORDERED that respondents shall supply petitioner with copies of D.I. Nos. 12, 15, 17, and 18 by October 20, 2006.

                                        _____
                                             United States District Judge