## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-260-SLR |
| | : | |
| **RAPHAEL WILLIAMS**, Warden, and **CARL C. DANBERG**, Attorney General of the State of Delaware, | : : : | |
| | : | |
| Respondents. | : | |

### NOTICE OF MAILING

1. Pursuant to this Court's Order dated October 5, 2006, respondents hereby certify that copies of the following documents previously filed with the Court under the docket item numbers listed below have been mailed by United States Postal Service to Johnas Ortiz at HRYCI, 1301 E. 12th Street, Wilmington, DE 19801:

   a. Answer (July 27, 2006) (D.I. 12)

   b. Notice of Filing of State Court Records (July 27, 2006) (D.I. 13)

   c. State Court Records listed in D.I. 13 (D.I. 15)

   d. Notice of Supplemental Filing of State Court Records (Aug. 28, 2006) (D.I. 17)

   e. State Court Records listed in D.I. 17 (D.I. 18).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

October 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, I electronically filed a notice of mailing with the Clerk of Court using CM/ECF. I also hereby certify that on October 6, 2006, I have mailed by United States Postal Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Johnas Ortiz
HRYCI
1301 E. 12th Street
Wilmington, DE 19801

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us