IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Johnas Ortiz,
   Petitioner,
    v.
Raphael Williams, Warden,
Carl Danberg, Attorney
General of the State of Delaware,
   Respondents.

Civ. Act. No. 06-260-SLR

NOTICE OF FILING OF AMENDMENT(S) TO "MEMORANDUM IN OPPOSITION TO DEFENDANT(S) RESPONSE"

On this 13th day of October, 2006 Petitioner, Johnas Ortiz submits the enclosed amendments to the "Memorandum in opposition to defendant(s) response", dated: 9/29/06. Per Court order dated: 10/5/06 the Respondents in this case delivered D.I. Nos. 12, 15, 17, and 18 to petitioner at HRYCI on 10/11/06. Upon reviewing the file, petitioner honorably requests that the Court accept the amendments to the Memorandum previously filed, to be considered in whole in determining the outcome of this pending litigation.

FILED
OCT 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Johnas Ortiz #305401
HRYCI
1301 E. 12th St.
Wilmington, DX 19809

10/13/06