IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Johnas Ortiz,
  Petitioner,
v.
Raphael Williams, Warden,
Carl Danberg, Attorney
General of the State of Delaware,
  Respondents.

Civ. Act. No. 06-260-SLR


FILED
OCT 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

REQUEST FOR PRODUCTION

Petitioner, Johnas Ortiz, requests, pursuant to Federal Rules of Civil Procedure, that respondents produce for inspection and copying the following documents:

1. The "DOC" file containing complete prison records of petitioner regarding Superior Court Case No. 0308001824; and/or,

2. All originals or copies, identifiable as reports of transfers to Level 4 facilities (work-release, etc.) made by prison and civilian authorities of the Delaware Dept. of Corrections;

3. All interdepartmental memoranda regarding petitioner's transfer and release dates of/from all "DOC" facilities while serving Level 4 and Level 5 time during the service of any Level 4 or Level 5 sentence imposed for VOP (including the original October 1, 2003 sentence) under the designated Superior Court Case No. 0308001824;

4. All originals or copies, which identify exact dates petitioner was incarcerated, and in which facility.

5. All rules, regulations, and policy regarding "inmate sentence computation" procedures used by Delaware Department of Corrections, in computing credit for actual days served in a Level 5 facility.

This motion is based upon the papers and files in this matter (which are relevant to the subject matter regarding the exact amount of time petitioner has served at Level 5) involved in the pending action.

Date: 10/19/06

Johnas Ortiz #305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809

Ortiz, Jonas 305741
N9K1
301 E. 12th St.
Wilm'gton, DE 19801

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, DE 19801

WILMINGTON DE 197
19 OCT 2006 PM 3 T