IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Johnas Ortiz,
   Petitioner,
   v.
Raphael Williams, et. al.,
   Respondents.

Motion For Summary Judgment

Civil Act. No. 06-260-SLR

Petitioner moves in this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment. This motion is based on the papers and files in this matter and the Memorandum of Law attached hereto.



Dated: 12/22/06

Johnas Ortiz #305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809



ORTIZ, JOHNAS 305401
HAYCI
1301 E. 12th St.
Wilmington, DE 19809

U.S. District Court
Clerk of Court
844 N. King St., Lockbox 18
Wilmington, DE 19801